# UNITED STATES DISTRICT COURT
## District of Minnesota

**Amanda Engen**
*on behalf of herself and others similarly situated*

Plaintiff,

v.

**Grocery Delivery E-Services USA Inc.**
*doing business as*
Hello Fresh

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number:  19-cv-2433 (ECT/TNL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant Grocery Delivery E-Services USA Inc.'s motion to compel arbitration and stay proceedings [ECF No. 26] is **DENIED**.

Date: 4/13/2020

KATE M. FOGARTY, CLERK

s/*K. Krulas*

(By)     K. Krulas, Deputy Clerk