UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Amanda Engen, *on behalf of herself and others similarly situated*, | File No. 19-cv-2433 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Grocery Delivery E-Services USA Inc., d/b/a Hello Fresh, | |
| Defendant. | |

---

Based on the stipulation of dismissal filed by the parties, ECF No. 69, **IT IS ORDERED** that this action is **DISMISSED** with prejudice as to all individual claims asserted by Engen against Hello Fresh, and without prejudice as to any claims by the uncertified putative class members.

Date: May 4, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court